IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 5:05CR23-MCR/AK

THOMAS G. MERRILL,

      Defendant.
_____/

## O R D E R

      This cause is before the Court on Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Doc. 244. Defendant is represented by counsel, who has served the motion to vacate on the Government. *Id*. The Court has reviewed the motion and the memorandum, and pursuant to the Rules Governing § 2255 Proceedings, the Government will now be required to file an answer or other appropriate response. If appropriate, the Government shall include the initial brief or other briefs from the direct appeal and may rely on the statement of facts presented there. Defendant may respond to the Government's arguments within the time set by this order, but he is not required to do so.

      Upon receipt of the Government's arguments and Defendant's response, if any, the Court will review the file to determine whether an evidentiary hearing is required. If an evidentiary hearing is not required, the Court will dispose of the petition as justice requires pursuant to §

2255 Rule 8(a).

Accordingly, it is **ORDERED**:

1.  The Clerk shall furnish by certified mail, return receipt requested,  a copy of this order to the United States Attorney for this district, who shall file an answer or other appropriate pleading by **June 22, 2009**;

2.  If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request;

3.  Defendant shall have until **July 22, 2009**, to file a response, if desired.

**DONE AND ORDERED** this   *16ᵗʰ*   day of April, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**