IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 5:05-cr-23-MCR-GRJ

THOMAS G MERRILL,

_____/

### REPORT AND RECOMMENDATION

This case is before the Court on Doc. 244, Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C § 2255.  Defendant Thomas G. Merrill, Bureau of Prisons Inmate # 05989-017, was incarcerated at FCC Coleman-Medium at the time the motion was filed.  *See id*.  A review of the Bureau of Prison's online inmate locator indicates that Defendant is deceased.  It therefore appears that the pending motion to vacate is moot.

Accordingly, it is respectfully **RECOMMENDED** that the motion to vacate, Doc. 244, be **TERMINATED** as moot, and that the accompanying civil case, No. 5:09-cv-141-MCR-GRJ be **DISMISSED**.

IN CHAMBERS  this 21st  day of July 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.